UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.: 3:22-cr-44-KAC-DCP-2 |
| TERRENCE D. JOHNSON | ) ) ) |
| Defendant. | ) |

## ORDER ADOPTING REPORT & RECOMMENDATION

Before the Court is United States Magistrate Judge Deborah C. Poplin's "Report and Recommendation" ("Report") entered on August 7, 2023 [Doc. 59]. On February 6, 2023, Defendant Terrance Johnson filed a "Motion to Suppress" [Doc. 45], which sought to "suppress all evidence obtained pursuant to the stop and search of his vehicle on April 27, 2022, the unconstitutional search of his property on that date, as well as any fruits obtained thereof" [*Id.* at 1]. The United States opposed the Motion [Doc. 46], and Judge Poplin held a hearing on the issues raised [Doc. 48].

In the Report, Judge Poplin recommends that the Court deny Defendant's Motion [Doc. 59 at 33]. Neither Party objected to the Report, and the time to do so has passed [*See* Docs. 59 at 33 n.18; 73 at 3]. *See also* 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(a). After reviewing the record, the Court **ACCEPTS** and **ADOPTS** the Report [Doc. 40] under 28 U.S.C. § 636(b)(1) and Federal Rule of Criminal Procedure 59(a). Accordingly, the Court **DENIES** Defendant Terrance Johnson's "Motion to Suppress" [Doc. 45].

IT IS SO ORDERED.

                                                s/ Katherine A. Crytzer
                                                KATHERINE A. CRYTZER
                                                United States District Judge